UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.: EDCV 09-404-MMM (MAN)     Date: May 26, 2010

Title:   Altheia Taylor v. San Bernardino County Deputy Sheriff Kociski, et al.
===============================================================================
DOCKET ENTRY:   ORDER TO SHOW CAUSE RE: DISMISSAL
===============================================================================
PRESENT:

        Hon. Margaret A. Nagle, United States Magistrate Judge

        Earlene Carson        N/A
        Deputy Clerk        Court Reporter/Tape No.

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

   N/A                                                                  N/A

**PROCEEDINGS (In Chambers):**

On November 25, 2009, the Court issued an order directing service of process by the U.S. Marshal of plaintiff's Second Amended Complaint on the four named defendants in their individual capacities, *i.e.,* on Deputies Kociski, Del Rose, Ficnal, and Ant.[1]  The Court's Order stated, *inter alia*:

> Plaintiff is expressly advised that the Summons and Second Amended Complaint must be served upon the defendants within 120 days of the date of this Order.  If service is not completed within 120 days, the Court may dismiss this action.  *See* Rule 4(m), Federal Rules of Civil Procedure.  Plaintiff is further advised that service of the Summons and Second Amended Complaint must comply with the provisions of Rule 4 of the Federal Rules of Civil Procedure.

On December 17, 2009, the U.S. Marshal filed completed USM-285 Forms in this case, which indicated that:  on December 3, 2009, the U.S. Marshal received from plaintiff filled-out USM-285 forms for each of the four defendants, which identified the defendants as "Deputy Kociski," "Deputy Del Rose," "Deputy Ant," and "Deputy Ficnal," and listed the addresses at which each defendant was to be served with process; on that same day, the U.S. Marshal processed the documents for service of process; on December 7, 2009, when the U.S. Marshal attempted to personally serve all four defendants, the U.S. Marshal was advised "no such deputy" exists; and thus, service of

---

[1] These four defendants, sued only in their individual capacities, are the only remaining defendants in this case.

MINUTES FORM 11                                                                 Initials of Deputy Clerk __efc___
CIVIL - GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  EDCV 09-404-MMM (MAN)                                               Date: May 26, 2010

process on the defendants could not be effected.

The Rule 4(m) period for service of process expired on March 25, 2010.  It is now two months past that expired deadline.  Based on the record in this action, it appears that plaintiff has made no effort to prosecute this action, including with respect to service of process, since being advised in mid-December 2009, that the U.S. Marshal could not effect service of process based on the information provided by plaintiff.

Accordingly, plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed pursuant to Rule 4(m), for failure to effect service of process, and/or pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-1, for want of prosecution.  Plaintiff shall file, **by no later than June 14, 2010**, a response to this Order to Show Cause.  Failure to do so will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.