**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALTHEIA TAYLOR,<br><br>        Plaintiff,<br><br>  v.<br><br>SAN BERNARDINO COUNTY SHERIFF, et al.,<br><br>        Defendants. | NO. EDCV 09-00404-MMM (MAN)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, the Report and Recommendation of United States Magistrate Judge, and plaintiff's Objections. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

    IT IS ORDERED that Judgment be entered dismissing this action without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for failure to effect service of process.

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the Judgment herein on all parties.

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: December 31, 2010.

                                              _____
                                                   MARGARET M. MORROW
                                              UNITED STATES DISTRICT JUDGE