JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTHEIA TAYLOR, | NO. EDCV 09-00404-MMM (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| SAN BERNARDINO COUNTY SHERIFF, et al., | |
| Defendants. | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  December 31, 2010.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE